UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ROBERT WEEKES, Individually, and On Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

MAVERICK BY LOGAN PAUL, LLC,

                      Defendant.

---------------------------------------------------------------x

Case No.: 1:21-cv-11167-CM

**NOTICE OF VOLUNTARY DISMISSAL**

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Weekes hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Maverick by Logan Paul, LLC.

DATED:  March 3, 2022                 **MIZRAHI KROUB LLP**

                                                          /s/ EDWARD Y. KROUB
                                                             EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*